# **EXHIBIT 6**



**Vullings Law Group, LLC**
**3953 Ridge Pike, Suite 102**
**Collegeville, PA 19426**

July 29, 2015

Lisa Van Buskirk
209 South Main Street
Hackensack , NJ 07601

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| | **Previous Balance** | | | | **$0.00** |
| 4/24/2015 | A106 Communicate (with client)<br>Initial consultation with client, research defendant and checked PACER, reviewed previous cases against defendant | 1.50 | $425.00 | $0.00 | $637.50 |
| 4/27/2015 | B110 Case Administration<br>Open new file for case, open new file in Abacus, scan and attach all documents to Abacus | 0.60 | $425.00 | $0.00 | $255.00 |
| 4/28/2015 | A103 Draft/revise<br>Draft complaint, contact client to review, prepare civil cover sheet, prepare summons | 2.40 | $425.00 | $0.00 | $1,020.00 |
| 4/29/2015 | E112 Court fees<br>Complaint Filing Fee Paid | | | $0.00 | $400.00 |
| 4/29/2015 | P400 Initial Document Preparation/Filing<br>Initial Document Preparation/Filing File complaint, civil cover sheet and summons | 0.50 | $425.00 | $0.00 | $212.50 |
| 4/30/2015 | A104 Review/analyze<br>Review court notices of filed documents and attached to Abacus | 0.10 | $425.00 | $0.00 | $42.50 |
| 5/1/2015 | E107 Delivery services/messengers<br>Fee paid for attempted service on Premier Recovery Agency and Joey M. Younger. | | | $0.00 | $70.00 |
| 5/1/2015 | E124 Other<br>Contact process servers to obtain costs of service, prepared documents to be sent to process server, letter and check to process | 0.50 | $425.00 | $0.00 | $212.50 |
| 5/15/2015 | A103 Draft/revise<br>Draft Amended complaint, contact client to review, prepare civil cover sheet, prepare summons | 2.40 | $425.00 | $0.00 | $1,020.00 |
| 5/19/2015 | A104 Review/analyze<br>Review court notices of filed documents and attached to Abacus | 0.20 | $425.00 | $0.00 | $85.00 |
| 5/19/2015 | E124 Other<br>Initial Document Preparation/Filing File Amended complaint, civil cover sheet and summons | 0.50 | $425.00 | $0.00 | $212.50 |
| 5/28/2015 | A104 Review/analyze<br>Review of Notice re: Case Reassigned to Magistrate Judge Leda D. Wettre. Magistrate Judge James B. Clark no longer assigned to the case. | 0.10 | $425.00 | $0.00 | $42.50 |
| 6/1/2015 | E107 Delivery services/messengers<br>Fee paid for attempted service of Joey M. Younger, Quinton M. Smith, Sr., and Premier Recovery Agency. | | | $0.00 | $100.00 |

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| 6/11/2015 | E107 Delivery services/messengers<br>Fee paid for service of Joey M. Younger at 801 Campbell Blvd, Buffalo, New York 14228. | | | $0.00 | $20.00 |
| 6/12/2015 | E124 Other<br>Contact process servers to obtain costs of service, prepared documents to be sent to process server, letter and check to process | 0.50 | $425.00 | $0.00 | $212.50 |
| 6/19/2015 | A104 Review/analyze<br>Reviewed executed summons from process server, prepared summons for filing, filed executed summons with court | 0.40 | $425.00 | $0.00 | $170.00 |
| 6/22/2015 | A101 Plan and prepare for<br>Meeting with paralegals regarding status of case | 0.10 | $425.00 | $0.00 | $42.50 |
| 7/15/2015 | A102 Research<br>Research motions for default against defendant | 0.30 | $425.00 | $0.00 | $127.50 |
| 7/16/2015 | A103 Draft/revise<br>Draft request for default, ltr. to Defendant re Default, filed request for Default | 0.70 | $425.00 | $0.00 | $297.50 |
| 7/29/2015 | A103 Draft/revise<br>complete certification of Brent Vullings, complete exhibits | 1.70 | $425.00 | $0.00 | $722.50 |
| 7/29/2015 | A103 Draft/revise<br>Draft motion for default judgment | 4.40 | $425.00 | $0.00 | $1,870.00 |
| 7/29/2015 | E124 Other<br>File motion for default | 0.20 | $425.00 | $0.00 | $85.00 |
| | **Amount Due** | **17.10** | | | **$7,857.50** |