# **EXHIBIT 7**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LISA VAN BUSKIRK**  :<br>    **Plaintiff**  :<br>  :<br>    vs.  :<br>  :<br>**PREMIER RECOVERY GROUP**  :<br>    &  :<br>**JOEY YOUNGER**  :<br>    &  :<br>**QUINTON M. SMITH**  :<br>    **Defendants**  :  | Case No. 2:15-cv-03025-MCA-LDW |

## DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

I, Brent F. Vullings, declare and state as follows:

1. I am filing this Declaration in support of Plaintiff's Motion for Default Judgment. I have personal knowledge of the facts stated in my Declaration. The facts stated in my Declaration are true to the best of my knowledge. If called as a witness, I would testify to the facts in my Declaration.

2. I have been continuously licensed to practice law in Pennsylvania since April 2004. My Pennsylvania Bar ID number is 92344. I am also admitted to practice in the United States District Court for the District of New Jersey.

3. I have reviewed Plaintiff's Itemized Time Entries included in the Statement of Services.

4. The time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's case.

5. Each of these time entries truly and accurately reflects the services I performed representing Plaintiff in this case.

6. I oversaw the work performed by the paralegal that performed work in this case.

7. The time entries indicated for the paralegal represent the actual hours the paralegal spent working on Plaintiff's case.

8. The time entries were recorded in the ordinary hours of business at Vullings Law Group, LLC.

9. The time entries recorded in this case were made contemporaneous to the tasks performed.

10. The time incurred on each entry was reasonably and necessarily incurred.

Pursuant to 28 U.S.C. § 1746(2), I Brent F. Vullings, hereby declare under penalty of perjury that the foregoing is true and correct.

**Respectfully submitted,**

**VULLINGS LAW GROUP, LLC**

**Date: July 29, 2015**

**BY:** */s/ Brent F. Vullings*_____
Brent F. Vullings, Esquire
3953 Ridge Pike
Suite 102
Collegeville, PA 19426
P: 610-489-6060
F: 610-489-1997
Attorney for Plaintiff