<u>**CLOSING**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **LISA VAN BUSKIRK,**<br><br>    *Plaintiff*,<br><br>    v.<br><br>**PREMIUM RECOVERY GROUP, INC., et al.,**<br><br>    *Defendants.* | Civil Action No. 15-3025<br><br>ORDER |

**ARLEO,** U<span style="font-size:smaller">NITED</span> S<span style="font-size:smaller">TATES</span> D<span style="font-size:smaller">ISTRICT</span> J<span style="font-size:smaller">UDGE</span>

    This matter comes before the Court on Plaintiff Lisa Van Buskirk's ("Plaintiff") motion for final judgment by default against Defendant Joey Younger pursuant to Federal Rule of Civil Procedure 55(b);

    and for the reasons set forth in the accompanying opinion;

    **IT IS** on this 29th day of February, 2016,

    **ORDERED** that Plaintiff's motion is **GRANTED**; and it is further

    **ORDERED** that the matter is now closed.

    */s Madeline Cox Arleo*
    **MADELINE COX ARLEO**
    **United States District Judge**