UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA VAN BUSKIRK,<br><br>    *Plaintiff*,<br><br>    v.<br><br>PREMIUM RECOVERY GROUP, INC., et al.,<br><br>    *Defendants.* | Civil Action No. 15-3025<br><br>JUDGMENT |

**ARLEO, UNITED STATES DISTRICT JUDGE**

This matter comes before the Court on Plaintiff Lisa Van Buskirk's ("Plaintiff") motion for final judgment by default against Defendant Joey Younger pursuant to Federal Rule of Civil Procedure 55(b);

and for the reasons set forth in the accompanying opinion and order;

**IT IS** on this 29th day of February, 2016,

**ORDERED** that judgment shall be entered against Defendant Younger for (1) $1,000.00 in statutory damages; (2) $7,267.50 in attorney's fees; and (3) $590.00 in costs.

                                                            */s Madeline Cox Arleo*
                                                            **MADELINE COX ARLEO**
                                                            **United States District Judge**