**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **LISA VAN BUSKIRK** : | Case Number 2:15-cv-03025-MCA-JBC | |
|     **Plaintiff** : | | |
| : | | |
|     vs. : | | |
| : | | |
| **PREMIER RECOVERY** : | | |
| **GROUP, INC., et. al.** : | | |
|     **Defendants** : | | |
| : | | |

**NOTICE OF VOLUNTARY DISMISSAL**

    PLEASE TAKE NOTICE that Plaintiff, LISA VAN BUSKIRK, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above against PREMIER RECOVERY GROUP, INC. & QUINTON M. SMITH, SR., with prejudice. Each party is responsible for their own attorney's fees.

    BY: _/s/Brent F. Vullings_
    Brent F. Vullings, Esq.
    Attorney for Plaintiff
    bvullings@vullingslaw.com
    Vullings Law Group, LLC
    3953 Ridge Pike, Suite 102
    Collegeville, PA 19426
    610-489-6060