**CASE CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA VAN BUSKIRK<br>Plaintiff<br><br>vs.<br><br>PREMIER RECOVERY<br>GROUP, INC., et. al.<br>Defendants | Case Number 2:15-cv-03025-MCA-JBC |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, LISA VAN BUSKIRK, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above against PREMIER RECOVERY GROUP, INC. & QUINTON M. SMITH, SR., with prejudice. Each party is responsible for their own attorney's fees.

BY: /s/Brent F. Vullings
Brent F. Vullings, Esq.
Attorney for Plaintiff
bvullings@vullingslaw.com
Vullings Law Group, LLC
3953 Ridge Pike, Suite 102
Collegeville, PA 19426
610-489-6060

3/8/16

SO ORDERED
Madeline Cox Arleo, U.S.D.J.